NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JINGPING CHEN,<br><br>                    Petitioner,<br><br>         v.<br><br>LUIS SOTO, *et al.*,<br><br>                    Respondents. | Civil Action No. 25-17198 (GC)<br><br>**MEMORANDUM & ORDER** |

**CASTNER, District Judge**

**THIS MATTER** comes before the Court on the petition for writ of habeas corpus (Petition) pursuant to 28 U.S.C. § 2241 (§ 2241) filed, through counsel, by Petitioner Jingping Chen.[1] (ECF No. 1.)

This Court has screened the Petition for dismissal pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to 28 U.S.C. § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, and has determined that dismissal without an answer and production of the record is not warranted.

Petitioner requests that Respondents be enjoyed from transferring him outside the District of New Jersey during the pendency of this action. (*Id.* at 9.) Pursuant to the All Writs Act, *see* 28 U.S.C. § 1651(a) (empowering the federal courts to "issue all writs necessary or appropriate in aid

---

[1] Petitioner names as Respondents: Luis Soto, Director of Delaney Hall; Todd Lyons, Acting Director of Immigration and Customs Enforcement; Krisi Noem, Secretary of the U.S. Department of Homeland Security; and Pam Bondi, US Attorney General. (ECF No. 1 at 1.) Petitioner is currently confined in immigration detention at Delaney Hall Detention Facility in Newark, New Jersey. (*Id.* ¶ 2.)

of their respective jurisdictions and agreeable to the usages and principles of law"), the Court orders that Petitioner shall not be transferred from the District of New Jersey pending further order of this Court.

**IT IS**, therefore, on this 10th day of November, 2025, **ORDERED** as follows:

**ORDERED** that Petitioner **SHALL NOT** be **TRANSFERRED** from the District of New Jersey pending further order of this Court; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition (ECF No. 1) and this Memorandum and Order upon Respondents by electronic mail and regular U.S. Mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of Petition (ECF No. 1) and this Memorandum and Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, within twenty-one (21) days of the date of entry of this Order, Respondents shall electronically file a full and complete answer to the Petition (ECF No. 1), which responds to the factual and legal allegations of the Petition; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record; and it is further

**ORDERED** that Respondents shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that all exhibits to the answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within fourteen (14) days after the answer is filed; and it is further

**ORDERED** that within seven (7) days after any change in Petitioner's custody or immigration status (be it release or otherwise) occurring any time during the pendency of this case, Respondents shall electronically file a written notice of the same with the Clerk of the Court.

_____
GEORGETTE CASTNER
United States District Judge